Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spetnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Anthony J. Perez, Esq.
*PRO HAC VICE*
ajp@ajperezlawgroup.com;
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida  33144
Telephone: (786) 361-9909
Fax: (786) 687-0445

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, | Case No.: 2:23-cv-01124-CDS-BNW |
| Plaintiff, | |
| vs. | |
| CHARLESTON LAMB LP; DARWIN CHARLESTON LLC; GABEL CHARLESTON, LLC; TENAYA VEGAS PARTNERS LP, AND CULICHI SUSHI INC., | |
| Defendant | |

Plaintiff, JOHN MEGGS (hereinafter "Plaintiff"), by and through his counsel of record, ROBERT P. SPRETNAK, ESQ. of the LAW OFFICES OF ROBERT P. SPRETNAK, and ANTHONY J. PEREZ, ESQ. of the LAW FIRM OF ANTHONY J. PEREZ LAW GROUP, PLLC, and Defendants, CHARLESTON LAM, DARWIN CHARLESTON LLC, GABEL CHARLESTON, LLC, TENAYA VEGAS PARTNERS LP, by and through their counsel of

record, KEITH WOOD, ESQ. of LAW OFFICE OF KEITH L. WOODS, and Defendant, CULICHI SUSHI INC.. by and through their counsel of record, MICHAEL J. HARKER of the LAW OFFICE OF MICHAEL J. HARKER, ESQ., stipulate as follows:

The Parties stipulate that the deadline for Plaintiff's expert report on Defendants' financial ability to remove barriers to access for which is presently June 21, 2024, is extended by thirty (30) days to July 22, 2024. The Parties are attempting to resolve the matter without the need for court intervention, nevertheless, need additional time to comply with the Court ordered deadline. Additionally, the Defendants have not provided their financial documents as the Parties are in settlement discussions. Moreover, the Parties would like to have additional time for Plaintiff's expert report on Defendants' financial ability to remove barriers to access and discuss the possibility of a global resolution without the need to engage in additional litigation costs.

Therefore, the Parties request that the Court extend the deadline by thirty (30) days as discussed herein.

DATED: June 21, 2024

RESPECTFULLY SUBMITTED,

| ___/s/ Robert P. Spretnak___<br>Robert P. Spretnak, Esq. (Nevada Bar No. 5135)<br>Bob@spetnak.com<br>LAW OFFICES OF ROBERT P. SPETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada<br>Telephone: (702) 454-4900<br>Facsimile: (702) 938-1055<br><br>*Attorney for Plaintiff John Meggs* | ___/s/ Keith L. Woods___<br>Keith L. Woods<br>LAW OFFICE OF KEITH L. WOODS<br>P.O. Box 341<br>Barker, TX 77413<br>Phone: (713) 582-1447<br>Fax: (866) 610-8857<br><br>*Attorney for Defendants Charleston Lamb LP; Darwin Charleston LLC; Gabel Charleston, LLC; Tenaya Vegas Partners LP* |

| _/s/ Anthony J. Perez_ | _/s/ Michael J. Harker_ |
|---|---|
| Anthony J. Perez, Esq. | Michael J. Harker |
| *PRO HAC VICE* | LAW OFFICE OF MICHAEL J. HARKER, |
| ajp@ajperezlawgroup.com; | ESQ. |
| ANTHONY J. PEREZ LAW GROUP, PLLC | 2901 El Camino Ave. |
| 7950 W. Flagler Street, Suite 104 | Suite 200 |
| Miami, Florida, 33144 | Las Vegas, NV 89102 |
| Telephone: (786) 361-9909 | (702) 248-3000 |
| Fax: (786) 687-0445 | Fax: (702) 425-7290 |
| | Email: mharker@harkerlawfirm.com |
| | |
| *Attorney for Plaintiff John Meggs* | *Attorney for Defendant Culichi Sushi, Inc.* |

## **ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: June 24, 2024.

3