Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spretnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Anthony J. Perez, Esq.
*pro hac vice*
ajp@ajperezlawgroup.com
& jr@ajperezlaw.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, | Case No.: 2:23-cv-01124-CDS-BNW |
| Plaintiff | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| CHARLESTON LAMB LP, et al., | |
| Defendants | |

  PLAINTIFF, JOHN MEGGS (HEREINAFTER "PLAINTIFF"), BY AND THROUGH HIS COUNSEL OF RECORD, ROBERT P. SPRETNAK, ESQ. OF THE LAW OFFICES OF ROBERT P. SPRETNAK, AND ANTHONY J. PEREZ, ESQ. OF ANTHONY J. PEREZ LAW GROUP, PLLC AND CHARLESTON LAMB LP; DARWIN CHARLESTON LLC; GABEL CHARLESTON, LLC; AND TENAYA VEGAS PARTNERS LP VIA ITS COUNSEL KEITH WOODS OF LAW OFFICE OF KEITH L. WOODS, STIPULATE AS FOLLOWS:

IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter be dismissed, with prejudice, only as to Defendants, CHARLESTON LAMB LP; DARWIN CHARLESTON LLC; GABEL CHARLESTON, LLC; AND TENAYA VEGAS PARTNERS LP, with each party bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that any remaining matters on calendar shall be vacated.

DATED: August 12, 2024

/s/ Robert P. Spretnak
Robert P. Spretnak, Esq.
(Nevada Bar No. 5135)
Bob@spetnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

/s/ Anthony J. Perez, Esq.
PRO HAC VICE
ajp@ajperezlawgroup.com &
jr@ajperezlawgroup.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445

Attorneys for Plaintiff John Meggs

/s/ Keith L. Woods
Keith L. Woods (State Bar No. 00788716)
keith-woods@comcast.net
LAW OFFICE OF KEITH L. WOODS
P.O. Box 341
Barker, TX 77413-0341
Telephone: (702) 385-6114

Attorney For Defendants, CHARLESTON LAMB LP; DARWIN CHARLESTON LLC; GABEL CHARLESTON, LLC; TENAYA VEGAS PARTNERS LP

Based on the parties' stipulation, defendants Charleston Lamb LP, Darwin Charleston LLC, Gabel Charleston, LLC, and Tenaya Vegas Partners LP are dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to terminate those defendants.

Dated: August 13, 2024

_____
United States District Judge