Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@spretnak.com
LAW OFFICES OF ROBERT P. SPETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

Anthony J. Perez, Esq.
*pro hac vice*
ajp@ajperezlawgroup.com
& jr@ajperezlaw.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>CULICHI SUSHI INC.,<br><br>　　　　　Defendant | Case No.: 2:23-cv-01124-CDS-BNW<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

　　　　Plaintiff, JOHN MEGGS (HEREINAFTER "PLAINTIFF"), by and through his counsel of record, Robert P. Spretnak, Esq. of the Law Offices of Robert P. Spretnak, with Anthony J. Perez, Esq. of Anthony J. Perez Law Group, PLLC and CULICHI SUSHI INC. via their counsel MICHAEL J. HARKER of The Law Office of Keith L. Woods, stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter be dismissed, with prejudice, as to Defendant, CULICHI SUSHI INC., with each party bear their own fees and costs. There are no further defendants remaining in this case.

IT IS FURTHER STIPULATED AND AGREED that any remaining matters on calendar shall be vacated.

DATED: September 30, 2024

/s/ Anthony J. Perez, Esq.
PRO HAC VICE
ajp@ajperezlawgroup.com &
jr@ajperezlawgroup.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445

Attorney for Plaintiff John Meggs

/s/ Michael J. Harker, Esq.
Michael J. Harker (Nevada Bar No. 005353)
mharker@harkerlawfirm.com
MICHAEL J. HARKER LAW OFFICES
2901 El Camino Ave., Suite #200
Las Vegas, Nevada 89102

Attorney For Defendant, Culichi Sushi, Inc.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. Accordingly, the October 2, 2024, status hearing is vacated. The Clerk of Court is kindly instructed to close this case.

Dated: October 1, 2024

_____
Cristina D. Silva
United States District Judge